UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Renisha Lane

Case No. 18-53965
Judge Thomas J. Tucker
Chapter 13

Debtor(s) /

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to:

☒ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

**Trustee Objection:**
1. The Trustee requests that the debtor provide copies of three (3) post-petition pay stubs at least 14 days prior to confirmation.

2. A review of the Debtors Schedule I indicates a 401k loan in the monthly amount of $145.00. The Trustee requests the Debtor provide the specific date upon which this obligation will be paid in full. To the extent that this obligation will be paid in full during the pendency of the Chapter 13 case, the Trustee requests that best efforts be increased by the amount of the 401k loan payment in the month immediately following the month in which the obligation is paid in full.

3. The debtor indicates on Schedule I that she receives income from child support of $270.00 per month. The Trustee request documentation that supports this income no later than 14 days prior to confirmation.

4. Schedule J is overstated by the following expense(s)
   a. Home Maintenance Repairs - $150.00 per month
   b. Water/Sewer - $125.00 per month
   c. Child Care/ Educational Cost - $250.00 per month
   d. Personal Care Products - $300.00 per month
   e. Pet Care - $100.00 per month

5. The debtor testified at the 341 First Meeting of Creditor that a judgment of divorce has been entered. The Trustee requests that the debtor provide a copy of the divorce decree prior to confirmation.

**Issues:**
1. Paystubs were emailed on December 28, 2018.
2. Debtor's 401k loan will be paid off after the bankruptcy.
3. Proof of child support email on December 27, 2018.
4. Proof of expenses were email on December 27, 2018.
5. Judgment of Divorce was email on December 27, 2018.

/s/ Erin Springer
Erin Springer (P72072)
John A. Steinberger & Associates, P.C.
erin@steinbergerlaw.com
17515 W. 9 Mile Rd. Ste 420
Southfield, MI 48075
(248) 559-4055